Walter R. Cannon
Nevada Bar No. 001505
E-mail: wcannon@ocgas.com
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Tel: 702.384.4012   Fax: 702.383.0701

Attorneys for Defendants The Paul Revere Life Insurance
Company and Unum Group

Daniel W. Maguire (SBN 120002)
E-mail: dmaguire@bwslaw.com
Edith S. Shea, (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendants The Paul Revere Life Insurance
Company and Unum Group

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE R. TURNER, an individual, | Case No. 2:14-cv-01205-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND EXPERT DESIGNATION AND REBUTTAL EXPERT DESIGNATION DATES FOR THIRTY DAYS** |
| v. | |
| THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation; UNUM GROUP, a Delaware corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

It is hereby requested and stipulated and agreed between Plaintiff, Lee R. Turner, by and through his attorneys, and attorneys for Defendants that the initial and rebuttal expert designation dates of September 4, 2015 and October 2, 2015 be extended for thirty days to allow the parties to complete mediation on August 26, 2015, prior to having experts prepare the reports and information required by FRCP 26.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4815-9413-6869 v1                                  - 1 -

1   The parties have been actively engaged in discovery in this action. Each side has
2   provided initial disclosures and produced documents and responded to written discovery. The
3   parties have also met and conferred with respect to the discovery responses and have reached
4   agreements and exchanged supplemental discovery responses. In addition, Defendant has served
5   multiple subpoenas to obtain discovery from third parties.

6   The parties also conferred regarding the scheduling of a mediation in this action and have
7   scheduled a mediation to proceed on August 26, 2015. The parties began discussion regarding
8   the scheduling of mediation in March of 2015, but time was required to find a mutually agreeable
9   mediator and then the mediation date of August 26, 2015 was the earliest date available for a
10  mutually agreeable mediator, counsel and the parties.

11  Currently, the initial expert designation date is September 4, 2015 and the rebuttal expert
12  designation date is October 2, 2015. The parties request that these dates be extended by thirty
13  days, to allow the parties sufficient time to complete the mediation before having their experts
14  prepare the reports and disclosures that will be required for the expert designations. Because the
15  discovery cut-off in this case is not until December 4, 2015, the parties will have sufficient time
16  to complete the depositions of all designated experts and will cooperate to ensure that all expert
17  depositions are completed within the discovery period.
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1     WHEREFORE, it is respectfully requested that the expert designation date of September 4, 2015 be continued to October 5, 2015 and that the rebuttal expert designation date of October 2, 2015 be continued to November 2, 2015.

DATED this 25th day of June, 2015.

By: */s/ Joseph A. Gutierrez* [as authorized on 6/25/15]
**TRACY A. EGLET, ESQ.**
Nevada Bar No. 6419
**PAUL A. SHPIRT, ESQ.**
Nevada Bar No. 10441
**EGLET LAW GROUP**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Tel.: 702.450.5400   Fax: 702.450.5451
E-mail: eservice@egletlaw.com

**JOSEPH A. GUTIERREZ, ESQ.**
Nevada Bar No. 9046
**LUIS A. AYON, ESQ.**
Nevada Bar No. 9752
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Tel.: 702.629.7900   Fax: 702.629.7925
E-mail: jag@mgalaw.com
E-mail: laa@mgalaw.com
*Attorneys for Plaintiff Lee R. Turner*

DATED this 23rd day of June, 2015.

By: */s/ Edith S. Shea*
**DANIEL W. MAGUIRE, ESQ.**
California Bar No. 120002 (Admitted Pro Hac Vice)
**EDITH S. SHEA, ESQ.**
California Bar No. 177578 (Admitted Pro Hac Vice)
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower St., Suite 2400
Los Angeles, CA 90071
Tel: 213.236.0600   Fax: 213.236.2700
E-mail: dmaguire@bwslaw.com
E-mail: eshea@bwslaw.com
And

WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
**OLSON CANNON GORMLEY ANGULO & STOBERSKI**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
E-mail: wcannon@ocgas.com
Tel: 702.384.4012    Fax: 702.383.0701
*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

## ORDER

**IT IS SO ORDERED.**

DATED: this 29th day of June, 2015

_____
United States Magistrate Judge

Respectfully Submitted by:

**BURKE, WILLIAMS & SORENSEN LLP**

By: /s/ Edith S. Shea
EDITH S. SHEA, ESQ.