Walter R. Cannon
Nevada Bar No. 001505
E-mail: *wcannon@ocgas.com*
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Tel: 702.384.4012   Fax: 702.383.0701
Attorneys for Defendants The Paul Revere Life Insurance
Company and Unum Group

Daniel W. Maguire (SBN 120002)
E-mail: *dmaguire@bwslaw.com*
Edith S. Shea, (SBN 177578)
E-mail: *eshea@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700
Attorneys for Defendants The Paul Revere Life Insurance
Company and Unum Group

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE R. TURNER, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY, a Massachusetts corporation; UNUM GROUP, a Delaware corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>         Defendants. | Case No. 2:14-cv-01205-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Lee R. Turner, by and through his counsel of record, Joseph A. Gutierrez of the Law Offices of Maier Gutierrez Ayon, and Defendants The Paul Revere Life Insurance Company and Unum Group, by and through their counsel of record, Edith S. Shea, of the Law Offices of Burke, Williams & Sorensen, LLP, hereby stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to dismiss, with prejudice, all causes of action asserted in this lawsuit. Accordingly, the parties stipulate to and respectfully request an order dismissing the action in its entirety, with prejudice, as to all parties named herein.

The parties agree and acknowledge that each party shall bear its own costs and attorneys' fees..

DATED this 26th day of October, 2015.

By: /s/
**TRACY A. EGLET, ESQ.**
Nevada Bar No. 6419
**PAUL A. SHPIRT, ESQ.**
Nevada Bar No. 10441
**EGLET LAW GROUP**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Tel.: 702.450.5400   Fax: 702.450.5451
E-mail: eservice@egletlaw.com

**JOSEPH A. GUTIERREZ, ESQ.**
Nevada Bar No. 9046
**LUIS A. AYON, ESQ.**
Nevada Bar No. 9752
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Tel.: 702.629.7900   Fax: 702.629.7925
E-mail: jag@mgalaw.com & E-mail: laa@mgalaw.com
*Attorneys for Plaintiff Lee R. Turner*

DATED this ___ day of October, 2015.

By: _____
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
**OLSON CANNON GORMLEY ANGULO & STOBERSKI**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
E-mail: wcannon@ocgas.com
Tel: 702.384.4012   Fax: 702.383.0701
*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

**DANIEL W. MAGUIRE, ESQ.**
California Bar No. 120002 (Admitted Pro Hac Vice)
**EDITH S. SHEA, ESQ.**
California Bar No. 177578 (Admitted Pro Hac Vice)
**BURKE, WILLIAMS & SORENSEN, LLP**
444 South Flower St., Suite 2400
Los Angeles, CA 90071
Tel: 213.236.0600   Fax: 213.236.2700
E-mail: dmaguire@bwslaw.com & E-mail: eshea@bwslaw.com

### ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety, with the parties to bear their own costs and attorneys' fees.

DATED: November 24, 2015.

_____
United States District Judge

Respectfully Submitted by:

**BURKE, WILLIAMS & SORENSEN LLP**

By: _____
EDITH S. SHEA, ESQ.